### REUBEN MARTINEZ v. THE STATE.

#### No. 4777. Decided December 19, 1917.

Burglary—Practice on Appeal.

Where, upon trial of burglary, the record on appeal failed to contain a statement of facts and bills of exception, and the indictment is sufficient, the judgment must be affirmed.

Appeal from the Criminal District Court of Travis. Tried below before the Hon. James R. Hamilton.

Appeal from a conviction of burglary; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—This appeal is from a conviction for burglary with a punishment assessed at five years confinement in the penitentiary.

The indictment appears regular. The case was tried before a jury, which was instructed by the court in a charge not complained of by any bill of exceptions. The record contains neither a statement of facts nor bill of exceptions. In this state of the record there is nothing presented which this court can review. The judgment of the lower court is, therefore, affirmed.

*Affirmed.*